UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                             :

UNITED STATES OF AMERICA                       :

               -v-                                           :                   21 Cr. 40 (JPC)

RAUL GUTIERREZ-CAMPOS,                     :                   ORDER
   a/k/a "Moises Garcia,"
   a/k/a "Moises R. Campos,"                     :
   a/k/a "Oscar Ramirez,"
                                                 :

                    Defendant.           :

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       In light of Defendant Raul Gutierrez-Campos's satisfaction of his bail conditions aside from the installation of electronic monitoring, it is hereby ORDERED that Defendant shall be released from the custody of the Metropolitan Detention Center forthwith.  In the event that Pretrial Services is unable to set up electronic monitoring of Defendant this evening, electronic monitoring is to be set up no later than Monday, January 25, 2021.  It is further ORDERED that Defendant shall report to Pretrial Services at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, Room 550, New York, NY 10007, no later than 12:00 p.m. on Monday, January 25, 2021.

       SO ORDERED.

Dated: January 22, 2021
       New York, New York                                 JOHN P. CRONAN
                                                                    United States District Judge