UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

**CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE**

-CR-      (   ) (   )

20-MJ-11195

Defendant(s).

-----------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ____ videoconferencing or ____ teleconferencing:

____    Initial Appearance Before a Judicial Officer

____    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____    Bail/Detention Hearing

____    Conference Before a Judicial Officer

/s/ by Sylvie Levine
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ Sylvie Levine
_____
Defendant's Counsel's Signature

  Raul Gutierrez-Campos
_____
Print Defendant's Name

  Sylvie Levine
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge