UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                         :
UNITED STATES OF AMERICA                    :

      -v-                                                   :                    21 Cr. 40 (JPC)

RAUL GUTIERREZ-CAMPOS,                      :                    ORDER
   a/k/a "Moises Garcia,"
   a/k/a "Moises R. Campos,"
   a/k/a "Oscar Ramirez,"

                 Defendant.
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        During the arraignment on January 19, 2021, the Court scheduled a status conference for February 16, 2021 and excluded time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that date. However, the Court incorrectly issued a minute entry for that proceeding that stated that the next conference would occur on March 2, 2021. It is hereby ORDERED that the parties shall appear for a status conference on March 2, 2021 at 10:00 a.m. In light of the new conference date, either party may request an additional exclusion of time under the Speedy Trial Act. In that request, the party should explain the basis for the exclusion and whether the opposing party consents.

        The public may access the conference by dialing (866) 434-5269, access code 9176261.

        SO ORDERED.

Dated: February 18, 2021
       New York, New York

                                                      JOHN P. CRONAN
                                                      United States District Judge