UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,   **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

-CR-    (   ) (   )

Defendant(s).
-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


 /s/ by Sylvie Levine                              /s/ by Sylvie Levine
Defendant's Signature                              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

 Raul Gutierrez Campos                             Sylvie Levine
Print Defendant's Name                             Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_____                             _____
Date                                               U.S. District Judge/U.S. Magistrate Judge