```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
            -v-                                                   :     21 Cr. 40 (JPC)
                                                                  :
RAUL GUTIERREZ-CAMPOS,                                            :     ORDER
    a/k/a "Moises Garcia,"                                        :
    a/k/a "Moises R. Campos,"                                     :
    a/k/a "Oscar Ramirez,"                                        :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of Defendant's Motion to Dismiss the Information.  Dkt. 19.  In accordance with Local Criminal Rule 49.1, the Government's opposition papers are due by April 30, 2021.  Defendant's reply papers, if any, are due May 7, 2021.

      SO ORDERED.

Dated: April 19, 2021
       New York, New York

                                            JOHN P. CRONAN
                                      United States District Judge