# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 17, 2021

BY ECF
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

Re:     **United States v. Raul Gutierrez-Campos**
        **21 Cr. 40 (JPC)**

Dear Judge Cronan,

    I write to respectfully request a 1-week extension of the August 20, 2021 deadline for the defense to reply to the government's response (Dkt. Nos. 32-33) to Mr. Gutierrez-Campos' motion to dismiss (Dkt. Nos. 19-20).  The Court previously granted a 30-day extension (Dkt. No. 37).  The immigration attorney in my office and the expert we are working with need one additional week to finalize our reply.

    The government by Assistant United States Attorney David Robles consents to this request.

    Thank you for your consideration

Respectfully submitted,

/s/
Sylvie Levine
212-417-8729

This request is granted. The Defendant shall file their reply to the government's response to Mr. Gutierrez-Campos' motion to dismiss by August 27, 2021.

cc:     A.U.S.A. David Robles

SO ORDERED.
Date: August 18, 2021
New York, New York

JOHN P. CRONAN
United States District Judge