# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 7, 2021

BY ECF
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

Re:   **United States v. Raul Gutierrez-Campos**
      **21 Cr. 40 (JPC)**

Dear Judge Cronan,

On October 5, 2021 the Court granted our request, on the consent of the government, to file a brief reply to the government's sur-reply and to postpone the date of oral argument. See Dkt. No. 44.

First, in sending that letter, I neglected to realize that the due date I requested was on a court holiday (Oct. 11, 2021). Thus, I ask that it be due the next day: October 12, 2021. The government consents to this request.

Second, the government has informed us that it has a scheduling conflict with the newly-scheduled oral argument date (October 29, 2021). The parties conferred and are both available on November 2, November, 3, November 4, and the afternoon on November 5, if one of those dates is convenient for the Court and if the Court is willing to reschedule it.

As the Court previously noted, time is automatically excluded from the Speedy Trial Act because of the pending motion. See Dkt. No. 44. Thank you for your consideration

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Gutierrez-Campos

cc:   A.U.S.A. David Robles

Defendant's request is granted. The Defendant shall file his brief reply to the Government's sur-reply to Mr. Gutierrez-Campos' motion to dismiss by October 12, 2021. In light of the pending motion to dismiss, which was filed by Defendant on April 16, 2021, time remains automatically excluded for purposes of the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(D). The oral argument scheduled for October 29, 2021 is adjourned to November 4, 2021 at 10:00 a.m.

SO ORDERED.

Date:   October 8, 2021
        New York, New York

JOHN P. CRONAN
United States District Judge