**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 27, 2022

BY ECF
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

Re:   **United States v. Raul Gutierrez-Campos**
        21 Cr. 40 (JPC)

Dear Judge Cronan,

    I write to respectfully request that the Court adjourn the next conference in this matter, which is scheduled for February 1, 2022, for one week, to February 8, 2022. Undersigned counsel has had two scheduling conflicts arise which will make it difficult for both of us to attend the currently scheduled appearance. We have consulted with the government by Assistant United States Attorney David Robles, who consents to this request, and confirms that he is also available on February 8, 2022, if that date is available on the Court's calendar.

    Thank you for your consideration

Respectfully submitted,

/s/
Sylvie Levine
Isaac Wheeler
Counsel for Mr. Gutierrez-Campos

cc:   A.U.S.A. David Robles

The parties' request is granted. The conference scheduled on February 1, 2022 is adjourned to February 8, 2022 at 9:30 a.m. For the reasons set forth during the November 4, 2021 oral argument, the Court will exclude time until February 8, 2022 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Date:   January 27, 2022
            New York, New York

JOHN P. CRONAN
United States District Judge