UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
:
:
-v-                        : 21 Cr. 40 (JPC)
:
: ORDER
:
RAUL GUTIERREZ-CAMPOS, :
:
Defendant. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On January 31, 2022, the Court issued an Opinion and Order granting Defendant Raul Gutierrez-Campos's motion to dismiss the Information. Dkt. 60. In a Summary Order dated August 16, 2024, the Second Circuit vacated that Order and remanded to this Court for further proceedings, with the mandate issuing on October 7, 2024. Dkts. 62, 63. The parties are directed to appear for a status conference on Thursday, October 17, 2024, at 3:00 p.m., in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, to discuss next steps in this case.

      SO ORDERED.

Dated: October 14, 2024
       New York, New York

                                      JOHN P. CRONAN
                                      United States District Judge