UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| RAUL GUTIERREZ-CAMPOS, | 21 Cr. 40 (JPC) |
| Defendant. | |

WHEREAS, the Court entered judgment in the above-referenced matter on May 9, 2025 (Docket No. 75); and

WHEREAS, the United States of America, by and through Jay Clayton, United States Attorney, David J. Robles, Assistant United States Attorney, of counsel, has requested a second extension of the 30-day deadline within which to file a Notice of Appeal of that judgment as required by Federal Rule of Appellate Procedure 4(b)(1)(B)(i) and 18 U.S.C. § 3731; and

WHEREAS, Federal Rule of Appellate Procedure 4(b)(4) provides that, "[u]pon a finding of excusable neglect or good cause, the district court may—before or after the time has expired, with or without motion and notice—extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)"; and

WHEREAS, the Government requests the extension to enable the Solicitor General to review the Court's judgment and determine whether to appeal the judgment; and

WHEREAS, the Court finds that the Government has demonstrated good cause to extend the time to file a notice of appeal for 30 days; and

WHEREAS, defendant Raul Gutierrez-Campos, though his attorney, Daniel Habib, Esq., has consented to the requested extension of the time for the Government to file its notice of appeal;

IT IS HEREBY ORDERED that the Government's deadline to file a notice of appeal is extended by 30 days, until and including August 8, 2025. *See* FED. R. APP. P. 26(a)(1)(C).

Dated:   New York, New York
         July 9, 2025

                                                                 _____
                                                          THE HONORABLE JOHN P. CRONAN
                                                          UNITED STATES DISTRICT JUDGE